```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MEGAN A. S. RICHARDS
    Special Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America
 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 1:12-CR-00012 DLB |
| Plaintiff, | MOTION AND ORDER TO RECALL WARRANT |
| v. | |
| ERIKA R. LUCIO, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Megan A. S. Richards, Special Assistant United States Attorney, hereby moves to recall the bench warrant issued in the above matter, because the defendant is now in contact with her attorney and is in compliance with court probation.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: May 16, 2013        By:      /s/ Megan A. S. Richards
                                    MEGAN A. S. RICHARDS
                                    Special Assistant U.S. Attorney
```

- 1 -                                              MOTION TO RECALL WARRANT
                                                   AND ORDER THEREON

ORDER

IT IS HEREBY ORDERED that the bench warrant issued to Erika R. Lucio in Case No. 1:12-cr-0012 be recalled in the interest of justice.

IT IS SO ORDERED.

Dated:   **May 16, 2013**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE